The clerk shall deposit the costs paid pursuant to this order with the State Treasurer for credit to the State General Fund. The costs are personal to the attorney and may not be charged back to the county. *Richard King, in propria persona,* respondent. Reported below: 77 Mich App 237.

DECEMBER 22, 1981

IN THE MATTER OF BENNETT. (Docket No. 67116.) Leave to appeal denied. *Michael Alan Schwartz,* Grievance Administrator, petitioner-appellee. *H. Eugene Bennett, in propria persona,* respondent-appellant.

LEVIN, J., would reduce the discipline imposed to a suspension from the practice of law for three years, in light of appellant's previously unblemished record and the equities of this particular case.

JANUARY 29, 1982

PEOPLE v KING. (Docket No. 65247.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert E. Weiss,* Prosecuting Attorney, and *Donald A. Kuebler,* Chief, Appellate Division, for the people. *Reese W. Stipes* for defendant-appellant. Reported *ante,* 145.

COLEMAN, C.J., and BLAIR MOODY, JR., J., would grant rehearing.

FEBRUARY 1, 1982

*In re* CERTIFIED QUESTIONS FROM THE UNITED STATES COURT OF APPEALS OF THE SIXTH CIRCUIT (KARL v BRYANT AIR CONDITIONING COMPANY). The questions certified by the United States Court of Appeals for the Sixth Circuit are considered and, pursuant to GCR 1963, 797.2, the briefs and appendix in xerographic form are accepted, and the Court accepts the request to answer the certified questions. *Ronald R. Stempien* for plaintiff-appellant. *Sally Steinhart* for defendants-appellees.